George L. Marvin, Respondent, *v.* Le Grand Marvin, Appellant.

Same, Respondent, *v.* Same, Appellant.

(Argued September 16, 1879; decided September 23, 1879.)

*Le Grand Marvin* appellant in person.

*Le Roy Andrus* for respondent.

AGREE to affirm without opinion.

All concur.

Order affirmed.